UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JORGE A. LEBRON,                                           :
                                                           :
                Petitioner,                    :   **ORDER**
                                                           :
     v.                                                   :   16 Civ. 4709 (AKH)
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                Respondent                     :
                                                           :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On June 21, 2016, Petitioner filed his petition to vacate his sentence pursuant to 28 U.S.C. § 2255.  On September 24, 2019, I granted Petitioner the relief he sought and resentenced him to time served.  *See* 13 Cr.697, ECF No. 75.  Accordingly, the Clerk shall mark 16 Civ. 4709 closed.

SO ORDERED.

Dated:  New York, New York
         August 30, 2022

                                                             _____/s/_____
                                                             ALVIN K. HELLERSTEIN
                                                             United States District Judge